**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MILDRED WALKER,  Plaintiff,  vs.  CLARK COUNTY SCHOOL DISTRICT,  Defendant. | 2:14-cv-00064-GMN-VCF  **ORDER** |

Before the court is the Motion to Compel Pursuant to FRCP 37.  (#19).

IT IS HEREBY ORDERED that a hearing on the Motion to Compel Pursuant to FRCP 37 (#19) is scheduled for 1:00 p.m., January 26, 2015, in courtroom 3D.

DATED this 29th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE