# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MILDRED WALKER,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>        Defendant. | 2:14-cv-00064-GMN-VCF<br>**ORDER** |

Before the court is the Motion to Extend Discovery.  (#20).

IT IS HEREBY ORDERED that a hearing on the Motion to Extend Discovery (#20) is scheduled for 1:00 p.m., January 26, 2015, in courtroom 3D.

DATED this 12th day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE